Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GERRISH, | ) | Case No.  09-CV-02244-MCE-GGH |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| Defendant. | ) | |

    Plaintiff, RICHARD GERRISH, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on August 13, 2009.  The parties resolved the action in its entirety prior to NCO filing a responsive pleading.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 9/14/09            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                           /s/Albert R. Limberg
                           Albert R. Limberg,

                    Attorney for Defendant,
                    NCO Financial Systems, Inc.

Dated: 09/14/09        KROHN & MOSS, LTD.

                    <u>/s/ Ryan Lee</u>
                    Ryan Lee,
                    Attorney for Plaintiff,
                    Richard Gerrish

    IT IS SO ORDERED.

Dated:  September 15, 2009

                                                  _____
                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE